# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 2, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132013(66)

LAKE FOREST PARTNERS 2, INC.,
       Petitioner-Appellee,

v

DEPARTMENT OF TREASURY,
       Respondent-Appellant.
_____

SC: 132013
COA: 257417
MTT: 00-292089

       On order of the Chief Justice, the motion by Washtenaw County for leave to file a brief *amicus curiae* is considered and it is GRANTED.



       I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 2, 2007

_____
Clerk